**Exhibit A to the Complaint**

**Location:** Milpitas, CA  
**Total Works Infringed:** 25

**IP Address:** 76.247.176.87  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9FA3447E3637D6D04D74E56DB93718BD2ACA6D6B | Blacked | 10/09/2017 03:00:02 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 2 | 04D50E6AC22C8D1BEF5D80781CBB155F642E340D | Vixen | 07/29/2017 12:01:05 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 3 | 11193F76D3E9B899FCC7A13031A9CBBA957C65B5 | Blacked | 08/19/2017 04:25:36 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 4 | 160ECEEA5B523B39B000E38041F05BEDACC8499E | Tushy | 10/14/2017 07:18:40 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 5 | 2A5C5AE6753230BF42C5ED6DAD979DC1FCBF8EE9 | Blacked | 09/03/2017 20:26:48 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 6 | 4043C8B5B0C2F45F0E1A0181A7D428E84E3B0C84 | Tushy | 06/22/2017 08:13:45 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 7 | 43AE4A997A5962EA2BB74180C019E9CE7917C167 | Blacked | 08/09/2017 01:10:51 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 8 | 4449B969096B69ACD03D68C5BF8E74E6F90D5A50 | Blacked | 11/02/2017 20:50:36 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 9 | 552DD083452FBD6806C4FD0A18BBDC3C78389C39 | Tushy | 08/13/2017 03:45:19 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 10 | 794425A08F84A7E7F33BB342C9B4CDA8A204C5F3 | Tushy | 07/28/2017 04:07:48 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 11 | 7CE6FEADBBC2BB102D5485BFFDD47F428E69B9D0 | Vixen | 08/27/2017 22:56:01 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 12 | 8040A875D9FC374E4D7C369A75B5C9108E6F3774 | Tushy | 08/15/2017 02:19:22 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 13 | 82950F0249D6134F1FD069589C78AAD2C99EB607 | Tushy | 09/14/2017 16:30:00 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 14 | 930E755E57A6985E45732F16DC07D74D293825C8 | Vixen | 09/13/2017 03:21:27 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 15 | 98ADE9D05F2B581D69B2D5616A347738A2A95F73 | Blacked | 10/17/2017 21:12:03 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 16 | 9F503728FA10F5484BB78234414D7A383ECA200B | Vixen | 08/08/2017 01:01:49 | 08/07/2017 | 08/17/2017 | 15732904013 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | A83A2050BCA85E45BCFF69ECE6584C36E51AA7E3 | Tushy | 07/28/2017 04:05:33 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 18 | B19FBDBCFDD7734E5152D10F02E6458A1B3044B1 | Blacked | 10/14/2017 15:46:05 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 19 | D2889A8FCCA99055C3831F82CD1087A9D1DAC521 | Blacked | 06/17/2017 22:42:09 | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 20 | D6AE69D20502E82FF1154D5428901247E9EDD2CA | Tushy | 09/29/2017 21:02:04 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 21 | DFB0ACBFF96472C6CDC4DF5BE4F4E28A5D3F42CD | Vixen | 08/18/2017 05:00:21 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 22 | E895E4E69F428DABB264A9F9B1A6F7955127088E | Blacked | 07/09/2017 07:43:18 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 23 | EDAA460FA5995B02EF111997AAC1E210CA5669F6 | Tushy | 07/03/2017 20:41:18 | 04/06/2017 | 06/05/2017 | PA0002050769 |
| 24 | F71D2CADED0AFD4104887E0F6ACD2F49BB529CE5 | Blacked | 06/20/2017 16:39:12 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 25 | F720B304969DC170E3D28F629E07F43B77747798 | Vixen | 11/11/2017 08:38:30 | 11/10/2017 | 11/21/2017 | 16013343018 |