Kiren Rockenstein, CSB# 312301
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: kirenr@edmolaw.com

Attorney for Defendant DOE 76.247.176.87

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 76.247.176.87, <br><br> Defendant. | Case No.: 5:17-cv-07058-SVK <br><br> **NOTICE OF APPEARANCE** |

  Counsel for Defendant JOHN DOE subscriber assigned IP address 76.247.176.87 appears on his or her behalf.

Dated: <u>February 23, 2018</u>    Signed: _____
                 Kiren Rockenstein
                 Attorney for Defendant