1  Lincoln D. Bandlow, Esq. (CA #170449)
   Fox Rothschild LLP
2  Constellation Place
   10250 Constellation Blvd., Suite 900
3  Los Angeles, CA 90067
   Tel.: (310) 598-4150
4  Fax: (310) 556-9828
   lbandlow@foxrothschild.com
5
   *Attorneys for Plaintiff*
6  *Strike 3 Holdings, LLC*

7

8             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN JOSE DIVISION**

10 | STRIKE 3 HOLDINGS, LLC, | Case Number: 5:17-cv-07058-EJD |
11 | Plaintiff, | Honorable Edward J. Davila |
12 | vs. | **PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
13 | JOHN DOE subscriber assigned IP address 76.247.176.87, | |
14 | Defendant. | |

17  Pursuant to Fed. R. Civ. P. 68, Plaintiff, Strike 3 Holdings, LLC, hereby accepts
18 Defendant's Offer of Judgment served on Plaintiff on February 23, 2018. A true and correct copy
19 of Defendant's Offer of Judgment is attached hereto as Exhibit A, and Plaintiff respectfully
20 requests the Court to enter an Order of Judgment in accordance with the provisions of Fed. R.
21 Civ. P. 68.

22 Dated: March 5, 2018                    Respectfully submitted,

23                                          By: /s/ *Lincoln D. Bandlow*
                                            Lincoln D. Bandlow, Esq.
24                                          FOX ROTHSCHILD LLP
                                            *Attorney for Plaintiff*