UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.247.176.87,

    Defendant.

Case No. 5:17-cv-07058-EJD

**JUDGMENT**

Re: Dkt. No. 22

Defendant having submitted an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 and Plaintiff having accepted the same (Dkt. No. 22), it is hereby IT IS HEREBY ORDERED, ADJUDEGED, AND DECREED that:

1. Judgment shall be entered in favor of Plaintiff against Defendant in the amount of $3,250.00 which includes all damages (statutory and/or actual), costs, and attorney fees for the claim of all copyright infringements, if any, as alleged in the Complaint;

2. Defendant shall:

    a. be permanently enjoined from any future infringements of Plaintiff's copyrighted Works[1] as alleged in the Complaint; and

    b. delete and permanently remove the digital media files relating to Plaintiff's Works as alleged in the complaint from each of the computers under Defendant's possession, custody or control.

---

[1] The "Works" are the movies which Plaintiff alleged Defendant infringed, as attached to Exhibit A of the Complaint.

Case No.: 5:17-cv-07058-EJD
JUDGMENT

1

1  The Clerk shall close this file.

2  **IT IS SO ORDERED.**

3  Dated: March 6, 2018

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-07058-EJD
JUDGMENT

2